UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENNIS HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SBPD OFFICER COBHEART, et al.,<br><br>　　　　Defendants. | Case No. 5:23-cv-01843-HDV-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge issued on November 6, 2023 (Dkt. 8, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

　　　Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: 12/18/23 _____　　　　_____

　　　　　　　　　　　　　　　　　HERNAN D. VERA
　　　　　　　　　　　　　　　　　United States District Judge