JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DENNIS HOUSTON, | Case No. 5:23-cv-01843-HDV-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| SBPD OFFICER COBHEART, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: 12/18/23 _____          _____
                                    HERNAN D. VERA
                                    United States District Judge